**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8383**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

MICHAEL L. MOORE, a/k/a Gadget,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:97-cr-00362-JCC-1)

Submitted:  April 8, 2009          Decided:  April 17, 2009

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael L. Moore, Appellant Pro Se.  Thomas More Hollenhorst,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Moore appeals the district court's order denying Moore's motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Moore</u>, No. 1:97-cr-00362-JCC-1 (E.D. Va. filed Sept. 3, 2008; entered Sept. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>